COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY     6297-0
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO    6940-0
   E-Mail: mnakano@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile:  (808) 744-7030

Attorneys for Defendants
SAFEWAY INC. and ALBERT MITA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOO YUN CHUNG,<br><br>       Plaintiff,<br><br>  vs.<br><br>SAFEWAY INC.; ALBERT MITA; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10 and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>       Defendants. | CIVIL NO. 17-0020<br>(Other Non-Vehicle Tort)<br><br>**NOTICE OF REMOVAL; EXHIBITS "A"-"C"; CERTIFICATE OF SERVICE** |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII:

      Pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendants SAFEWAY INC. ("SAFEWAY") and Defendant ALBERT MITA ("MITA") file this

Notice of Removal in the case now pending in the Circuit Court of the Second Circuit, State of Hawaii, styled <u>Joo Yun Chung v. Safeway Inc., et al.</u>, Civil No. 16-1-1945-10 KKS.  As grounds for removal, SAFEWAY and MITA state as follows:

      1.    On October 17, 2016, Plaintiff JOO YUN CHUNG ("PLAINTIFF") filed a complaint in Civil No. 16-1-1945-10 KKS in the Circuit Court of the First Circuit, State of Hawaii, ("Complaint") against SAFEWAY.

      2.    SAFEWAY was served with the Complaint on December 16, 2016.

      3.    No other party (other than nominal/Doe defendants) were named as a defendant in the Complaint.

      4.    On January 6, 2017, Counsel for SAFEWAY communicated with counsel for PLAINTIFF and advised, *inter alia*, that SAFEWAY intended to remove the action to the U.S. District Court for the District of Hawaii based on diversity jurisdiction, which counsel for PLAINTIFF expressed displeasure with.

      5.    On January 6, 2017, PLAINTIFF filed an amended complaint in Civil No. 16-1-1945-10 KKS in the Circuit Court of the First Circuit, State of Hawaii, ("Amended Complaint") against SAFEWAY and MITA.

      6.    The only amendment made in the Amended Complaint was to add MITA as a party.  The allegations and causes of action set forth in the Amended Complaint are otherwise not substantively different than those set forth in the


Complaint.

7. MITA is employed by SAFEWAY as the manager of the SAFEWAY Store located at 1234 S. Beretania Street, Honolulu, Hawaii.

8. In the Amended Complaint, PLAINTIFF alleges that SAFEWAY is liable to her for damages in connection with an injury while on the premises of the SAFEWAY Store located at 1234 S. Beretania Street, Honolulu, Hawaii.

9. In the Amended Complaint, PLAINTIFF alleges that "Plaintiff was at all relevant times mentioned herein, a resident of the City and County of Honolulu, State of Hawaii."

10. SAFEWAY is a foreign profit corporation incorporated in the State of Delaware that is authorized to do business and is doing business in the City and County of Honolulu, State of Hawaii."

11. MITA is a citizen of the State of Hawaii.

12. In the Amended Complaint, PLAINTIFF alleges that as the result of the incident at issue in this action she "sustained grievous bodily injuries, pain and suffering, and emotional distress, all of a probable permanent nature[.]"

13. Medical records provided by PLAINTIFF indicate that she alleges that the incident at issue caused injuries to her right shoulder, left knee, neck and back, including related radicular problems.

14. In the Amended Complaint, PLAINTIFF prays for an

award of special damages, including past and future medical expenses and loss of income, general damages and punitive damages against SAFEWAY and MITA. However, because Hawaii law prohibits *ad damnum* clauses in complaints, PLAINTIFF does not specify the amount of damages that she prays for.

15. Based on the injuries and damages claimed by PLAINTIFF in this action, SAFEWAY believes that PLAINTIFF's total claimed damages exceed the sum or value of $75,000.00.

16. This court has original jurisdiction over civil actions where the matter in controversy exceeds the sum or value of $75,000.00 and is between citizens of different States within the meaning of 28 U.S.C. §1332.

17. PLAINTIFF has failed to state a valid cause of action against MITA in the Amended Complaint. MITA is a non-diverse defendant who has been fraudulently joined by PLAINTIFF as a party to this action for the purpose of defeating diversity jurisdiction. The allegations against MITA should be disregarded for the purposes of removal and the Court's exercise of diversity jurisdiction.

18. A true and correct copy of PLAINTIFF's October 17, 2016 Complaint filed in the Circuit Court of the First Circuit, State of Hawaii, is attached hereto as Exhibit "A".

19. A true and correct copy of PLAINTIFF's January 6, 2017 First Amended Complaint filed in the Circuit Court of the First Circuit, State of Hawaii,

is attached hereto as Exhibit "B" and, together with Exhibit "A", comprises all process, pleadings, and orders served upon SAFEWAY and MITA in the action.

20.  A true and correct copy of SAFEWAY's and MITA's Answer to PLAINTIFF's Amended Complaint filed in the Circuit Court of the First Circuit, State of Hawaii, is attached hereto as Exhibit "C".

WHEREFORE, Defendant SAFEWAY INC. and Defendant ALBERT MITA pray that the above-entitled action be removed from the Circuit Court of the First Circuit, State of Hawaii, to the United States District Court for the District of Hawaii.

DATED:  Honolulu, Hawaii, January 13, 2017.

/s/ Normand R. Lezy
NORMAND R. LEZY
MICHAEL J. NAKANO
Attorneys for Defendants
SAFEWAY INC. and ALBERT MITA