FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2016 OCT 17 PM 3:34

N. ANAYA
CLERK

JOHN Y.U. CHOI      7264-0

AUTO ACCIDENT LAW CENTER
PACIFIC GUARDIAN CENTER, MAKAI TOWER
733 BISHOP STREET, SUITE 2390
HONOLULU, HAWAII 96813
TEL: (808) 792-8333
FAX: (808) 536-4988
CELL: (808) 258-4985
attorneyjohnchoi@gmail.com

Attorney for Plaintiff JOO YUN CHUNG

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| JOO YUN CHUNG,<br><br>        Plaintiff,<br><br>vs.<br><br>SAFEWAY INC.; JOHN DOES 1-10;<br>JANE DOES 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>CORPORATIONS 1-10 and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | Civil No. 16-1-1945-10 KKS<br>(Non Motor Vehicle Tort)<br><br>**COMPLAINT; SUMMONS** |

## COMPLAINT

COMES NOW Plaintiff JOO YUN CHUNG, by and through her undersigned counsel, and for a cause of action against Defendants above-named, alleges and avers as follows:

    1.    Plaintiff was at all relevant times mentioned herein, a resident of the City and County of Honolulu, State of Hawaii.

    2.    Defendant SAFEWAY INC. is authorized to do business and is doing business in the City and County of Honolulu, State of Hawaii.

EXHIBIT A

**SUMMONS
DENIED**
LEGAL DOCUMENTS BR.

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, Circuit Court/First Circuit

3. Defendants JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10 are sued under fictitious names and identities and are presently unknown to Plaintiff, and their true names, identities, capacities, activities and/or responsibilities are presently unknown to Plaintiff or her attorney; but said DOE Defendants are in some manner proximately responsible and liable for Plaintiff's injuries and damages. Plaintiff has conducted investigation into ownership of the subject property and no other responsible parties or entities have been revealed.

4. All claims alleged herein are under the jurisdiction of the Circuit Court of the First Circuit, State of Hawaii.

5. On or about November 14, 2014, Joo Yun Chung was lawfully on the premises of Safeway store #2944, located at 1234 S. Beretania Street, Honolulu, Hawaii, when she was hit by a shopping cart while riding the escalator. The poor construction, design, and/or maintenance of the Defendant's premises resulted in Plaintifff Joo Yung Chung's injuries.

6. Said poorly designed, constructed and or maintained area upon Defendant's premises were unsafe due to defendant's negligent design, construction, failure to maintain a safe premise, failure to warn of said unsafe area, and failure to take necessary steps to ensure the safety of its customers and patrons.

7. As a direct and proximate result of Defendant's aforestated negligence, Plaintiff Joo Yun Chung sustained grievous bodily injuries, pain and suffering, and emotional distress, all of a probable permanent nature for which Defendant's are jointly and severally liable to Plaintiff for damages as prayed herein.

8. As a further direct and proximate result of Defendant's aforestated negligence, Plaintiff Joo Yun Chung incurred medical expenses and anticipates future medical expenses all in an amount to be shown as time of trial.

9. As a further direct and proximate result of Defendant's aforestated negligence, Plaintiff Joo Yung Chung sustained loss of household services and anticipates future loss of household services all in an amount to be shown at time of trial.

WHEREFORE, Plaintiff prays for judgment against Defendant's, jointly and severally, as follows:

1. Special damages in an amount to be shown at time of trial;

2. General damages in an amount to be shown at time of trial;

3. Punitive damages in an amount to be shown at trial;

4. Costs of suit and reasonable attorney's fee s;

5. Such other and future relief as this Court deems just and proper.

DATED: Honolulu, Hawaii, October 17, 2016

_____
John Y.U. Choi, Esq.
Attorney for Plaintiff

JOHN Y.U. CHOI          7264-0

AUTO ACCIDENT LAW CENTER
PACIFIC GUARDIAN CENTER, MAKAI TOWER
733 BISHOP STREET, SUITE 2390
HONOLULU, HAWAII 96813
TEL: (808) 792-8333
FAX: (808) 536-4988
CELL: (808) 258-4985
attorneyjohnchoi@gmail.com

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| JOO YUN CHUNG, ) | Civil No. 16-1-1945-10  KKS |
| ) | (Non Motor Vehicle Tort) |
| Plaintiff, ) | |
| ) | SUMMONS |
| vs. ) | |
| ) | |
| SAFEWAY INC.; JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10 and DOE ) | |
| GOVERNMENTAL ENTITIES 1-10, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

## SUMMONS

To the above named Defendant(s):

You are hereby summoned and required to serve upon Plaintiffs attorney, JOHN Y.U. CHOI whose address is 733 BISHOP ST., STE. 2390, Honolulu, Hawaii, 96813 and answer to the Complaint which is attached, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-

4

entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaii, _____

**SUMMONS DENIED**
LEGAL DOCUMENTS BR.

Clerk of the above-entitled court

5

JOHN Y.U. CHOI        7264-0

AUTO ACCIDENT LAW CENTER
PACIFIC GUARDIAN CENTER, MAKAI TOWER
733 BISHOP STREET, SUITE 2390
HONOLULU, HAWAII 96813
TEL: (808) 792-8333
FAX: (808) 536-4988
CELL: (808) 258-4985
attorneyjohnchoi@gmail.com

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2016 OCT 21 PM 3: 20

F. OTAKE
CLERK

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

### STATE OF HAWAI'I

| | |
|---|---|
| JOO YUN CHUNG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAFEWAY INC.; JOHN DOES 1-10;<br>JANE DOES 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>CORPORATIONS 1-10 and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　Defendants | Civil No. 16-1-1945-10 KKS<br>(Non Motor Vehicle Tort)<br><br>AMENDED SUMMONS |

### **AMENDED SUMMONS**

To the above named Defendant(s):

You are hereby summoned and required to file with the court and serve upon Plaintiff's attorney, JOHN Y.U. CHOI whose address is 733 Bishop Street, Suite 2390, Honolulu, Hawaii, 96813 an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaii, _____ OCT 2 1 2016

F. OTAKE  [SEAL: FIRST CIRCUIT COURT STATE OF HAWAII]

Clerk of the above-entitled court

JOHN Y.U. CHOI          7264-0

AUTO ACCIDENT LAW CENTER
PACIFIC GUARDIAN CENTER, MAKAI TOWER
733 BISHOP STREET, SUITE 2390
HONOLULU, HAWAII 96813
TEL: (808) 792-8333
FAX: (808) 536-4988
CELL: (808) 258-4985
attorneyjohnchoi@gmail.com

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2016 OCT 21  PM 3: 20

F. OTAKE
CLERK

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAI'I

| | |
|---|---|
| JOO YUN CHUNG, | ) Civil No. 16-1-1945-10 KKS |
| | ) (Non Motor Vehicle Tort) |
| Plaintiff, | ) |
| | ) AMENDED SUMMONS |
| vs. | ) |
| | ) |
| SAFEWAY INC.; JOHN DOES 1-10; | ) |
| JANE DOES 1-10; DOE | ) |
| PARTNERSHIPS 1-10; DOE | ) |
| CORPORATIONS 1-10 and DOE | ) |
| GOVERNMENTAL ENTITIES 1-10, | ) |
| | ) |
| Defendants | ) |
| | ) |

### AMENDED SUMMONS

To the above named Defendant(s):

You are hereby summoned and required to file with the court and serve upon Plaintiff's attorney, JOHN Y.U. CHOI whose address is 733 Bishop Street, Suite 2390, Honolulu, Hawaii, 96813 an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaii, _____ OCT 2 1 2016

F. OTAKE  (SEAL — FIRST CIRCUIT COURT, STATE OF HAWAII)

Clerk of the above-entitled court

2