COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY      6297-0
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO    6940-0
   E-Mail: mnakano@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile:  (808) 744-7030

Attorneys for Defendants
SAFEWAY INC. and ALBERT MITA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOO YUN CHUNG,<br><br>      Plaintiff,<br><br>vs.<br><br>SAFEWAY INC.; ALBERT MITA; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10 and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>      Defendants. | CIVIL NO. 17-00020 HG-KJM<br>(Other Non-Vehicle Tort)<br><br>**STIPULATION TO REMAND REMOVED CIVIL ACTION TO STATE COURT; ORDER** |

### STIPULATION TO REMAND
### REMOVED CIVIL ACTION TO STATE COURT

      IT IS HEREBY STIPULATED AND AGREED, by and between the appearing parties hereto, by and through their undersigned counsel, and pursuant to 28 U.S.C. §1447 and LR 10.4 of the Local Rules of Practice for the District Court

of the District of Hawaii, that this civil action is remanded to the Circuit Court of the First Circuit, State of Hawaii, under Civil No. 16-1-1945-10 KKS.

Each party shall bear their own attorney's fees and costs.

DATED: Honolulu, Hawaii, October 17, 2017.

/s/ John Y. U. Choi
JOHN Y. U. CHOI
Attorney for Plaintiff
JOO YUN CHUNG

/s/ Normand R. Lezy
NORMAND R. LEZY
MICHAEL J. NAKANO
Attorneys for Defendants
SAFEWAY INC. and ALBERT MITA

APPROVED AND SO ORDERED:

Dated: October 20, 2017, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

**JOO YUN CHUNG V. SAFEWAY INC., ET AL; CIVIL NO. 17-00020 HG-KJM; STIPULATION TO REMAND REMOVED CIVIL ACTION TO STATE COURT**