# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303



October 20, 2017

Circuit Court of the First Circuit, State of Hawaii
Ka`ahumanu Hale
777 Punchbowl Street
Honolulu HI 96813 – 5093

**RECEIVED**
CLERK U.S. DISTRICT COURT

NOV 02 2017

**DISTRICT OF HAWAII**

Re:    JOO YUN CHUNG V. SAFEWAY INC.; ET AL.

USDC HI Case No. CV 17-00020 HG-KJM
First Circuit Court No. CV 16-1-1945-10 KKS

Dear Sir,

Please be advised that on October 20, 2017 this case was remanded to the Circuit Court of the First Circuit, State of Hawaii. Enclosed is a certified copy of the "Stipulation to Remand Removed Civil Action to State Court; Order" filed October 20, 2017, the Motion for Partial Summary Judgment and Concise Statement filed by Defendants Safeway Inc. and Albert Mita on October 4, 2017 and docket sheet.

Sincerely Yours,

SUE BEITIA, CLERK

by: /s/ EA
     Deputy Clerk



cc: all counsel via CM/ECF

To clerks office only:
Please acknowledge receipt on the copy of this letter and return.

Date: _____OCT 2 6 2017_____     By: __I. KAPAONA_____